# CHARLES D. TYSON III *v.* COMMISSIONER OF CORRECTION
## (AC 20460)

Schaller, Spear and Mihalakos, Js.

Submitted on briefs June 13—officially released July 10, 2001

Per Curiam. The judgment is affirmed.